1
2
3
4
5
6
7
8                        **UNITED STATES DISTRICT COURT**

9                      **CENTRAL DISTRICT OF CALIFORNIA**

10
11
12   JOSE ANTONIO MALIK AYALA,       )    No. CV 10-6863 CW
                                     )
13              Plaintiff,           )    JUDGMENT
                   v.                )
14                                   )
     MICHAEL J. ASTRUE,              )
15   Commissioner of the Social      )
     Security Administration,        )
16                                   )
                   Defendant.        )
17   _____)

18
19       **IT IS ADJUDGED** that this action is dismissed without prejudice.

20
21   DATED: April 14, 2011

22

23                                    _____
                                           CARLA M. WOEHRLE
24                                     United States Magistrate Judge

25
26
27
28